EXHIBIT  D

Case: 3:26-cv-00272-MJN-CHG Doc #: 1-4 Filed: 07/28/26 Page: 2 of 8 PAGEID #: 43

NOWCAST

Watch on Demand

WLWT5

76°

Cincinnati, OH 45202

‹ 2 / 2 ›

76°  Sunny  0%



Advertisement

# Buc-ee's says Ohio store opening shattered company records, makes $1M on first day

Updated: 4:57 PM EDT Apr 14, 2026

**Editorial Standards** ⓘ

**Emily Sanderson**
Digital Media Manager

**HUBER HEIGHTS, Ohio —** The first Buc-ee's location in Ohio is officially open and company leaders say the opening broke records.

Buc-ee's in Huber Heights held its grand opening Monday, bringing in massive crowds all day long.

Advertisement

**Huber Heights Mayor Jeff Gore shared** that Buc-ee's has told him that grand opening day numbers were better than any store they had ever opened on day one.

He also shared that the store's sales volume was over $1,000,000 on opening day.

Gore said all nearby hotels were sold out that weekend too.

"There's no true way to understand the overall economic impact this early, but there's no doubt it's going to be huge," he said in a post to Facebook.

Buc-ee's is a chain of country stores and gas stations known for its world's cleanest bathrooms title, fresh food and friendly beaver mascots.

The Buc-ee's is located off of I-70 near the State Route 235 intersection.

The store is a 74,000 square-foot facility and features 108 fuel pumps, electric vehicle charging and is open 24 hours a day, seven days a week.

The Huber Heights location may not be the only location for the popular and growing chain in the state for long.

Mansfield Mayor Jodie Perry posted to Facebook, saying plans have been in the works to bring the popular travel center to the city.

Perry said a petition for annexation was filed city, county and Madison and Mifflin Townships for the development of a travel center at the I-71 and Ohio 39 interchange.

"This is the next step in a process that has already been in the works for months with a little company you may have heard of - Buc-ee's," Perry announced in her post to Facebook.



Make WLWT a preferred source on Google

**Add Preferred Source**

Infinite Scroll Enabled

## TOP PICKS



Ohio police chief who visited Cincinnati Public Schools while claiming to be with ICE fired



Police: 1 dead after crash involving 4 cars in West Chester



Sycamore Township father sentenced for shooting, killing his daughter



SPONSORED CONTENT

Two Lives Converge in the Fight Against Parkinson's

By AbbVie

## SPONSORED CONTENT



### Who Charges The Least For Car Insurance In Ohio? (Check Zip Codes) 🔗

By Auto Insurance

Many Ohio Drivers Had No Idea They Could Do This

NEXT STORY

Case: 3:26-cv-00272-MJN-CHG Doc #: 1-4 Filed: 07/28/26 Page: 5 of 8 PAGEID #: 46



Advertisement

# 8 students on field trip rescued near top of Texas roller coaster that suddenly stopped

Updated: 8:24 AM EDT May 29, 2026

**Editorial Standards** ⓘ

**Kate Malongowski** ✉

Sr Digital Curator

**GALVESTON, Texas —** Eight people were left stranded on a Texas roller coaster for several hours on Thursday evening after the ride malfunctioned.

The Iron Shark, one of the tallest rides at Pleasure Pier Park in Galveston, Texas, became stuck near the top of the ride.

Advertisement

Case: 3:26-cv-00272-MJN-CHG Doc #: 1-4 Filed: 07/28/26 Page: 6 of 8 PAGEID #: 47

The riders, who were students on a field trip, were left hanging backward for about four hours before they were rescued by the Galveston Fire Department, **KTRK reported**.

They were individually placed into safety harnesses to be brought down from the ride. No one was injured, **according to reports**.

The park said it would be conducting a thorough inspection.

"The ride experienced a malfunction during its initial ascent," according to a statement from the park. "However, as it was designed to do, it stopped immediately to keep everyone safe."

The Iron Shark ride features a 100-foot vertical lift and reaches up to 52 mph.

*CNN contributed to this report.*

 **Crews rescue 28 people trapped upside down high on Oregon amusement park ride**

 Infinite Scroll Enabled

## TOP PICKS



**8 students on field trip rescued from near top of Texas roller coaster**

**VIDEO: Stunning video shows moment Blue Origin rocket explodes at Cape Canaveral**

**Bodycam video: Driver with no right hand pulled over for holding phone in 'right hand'**

**All your favorite artists are selling official merch on Amazon**

# WLWT CINCINNATI

Contact Us
News Team
Apps & Social
Email Alerts

Careers
Internships
Advertise
Digital Advertising Terms & Conditions
Broadcast Terms & Conditions
RSS

EEO Reports
Captioning Contacts
Public Inspection File
Public File Assistance
FCC Applications
News Policy Statements
Licensing

Hearst Television participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.

©2026, Ohio/Oklahoma Hearst Television Inc.

Privacy Notice    DAA Industry Opt Out    Terms of Use    Site Map

☑× Your Privacy Choices/(Opt-Out of Sale/Targeted Ads)

