AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Southern District of Ohio on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT for the Southern District of Ohio |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| BUC-EE'S, LTD., | HANES ROAD CARRYOUT, INC., |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 6,059,078 | 5/19/2020 | Buc-ee's, Ltd. |
| 2 5,885,946 | 10/15/2019 | Buc-ee's, Ltd. |
| 3 4,316,461 | 4/9/2013 | Buc-ee's, Ltd. |
| 4 4,007,064 | 8/2/2011 | Buc-ee's, Ltd. |
| 5 7,419,559 | 6/18/2024 | Buc-ee's, Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director** **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director** **Copy 4—Case file copy**

Cont'd

| **Trademark No.** | **Date** | **Owner** |
|---|---|---|
| 3,246,893 | 5/29/2007 | Buc-ee's, Ltd. |
| 4,973,185 | 6/7/2016 | Buc-ee's, Ltd. |
| 4,973,077 | 6/7/2016 | Buc-ee's, Ltd. |
| 8,113,899 | 1/27/2026 | Buc-ee's, Ltd. |
| 8,113,900 | 1/27/2026 | Buc-ee's, Ltd. |