UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BUC-EE'S, LTD,

Plaintiff, Case No. 3:26-cv-272

vs.

HANES ROAD CARRYOUT, INC., District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

Defendants.

---

**ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY FEDERAL RULE OF CIVIL PROCEDURE 4(m)**

---

This civil case was filed on July 28, 2026. *See* Doc. No. 1. On July 29, 2026, a summons was issued as to Defendant Hanes Road Carryout, Inc. Doc. No. 4. On October 20, 2026, Plaintiff filed an amended complaint. Doc. No. 6. To date, there is no evidence on the docket that Defendant has been served.

Rule 4(c)(1) indicates that a plaintiff is responsible for serving the defendant with both a summons and the complaint within the time permitted under Rule 4(m). Fed. R. Civ. P. 4(c)(1). Under Rule 4(m), a plaintiff must serve defendants within 90 days of the filing of the complaint. Fed. R. Civ. P. 4(m). "A plaintiff cannot extend the service period with respect to an already-named defendant by filing an amended complaint . . . ." *Harris v. City of Cleveland*, No. 99-4403, 2001 WL 345802, at *3 (6th Cir. Mar. 26, 2001) (citation omitted).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE within seven (7) days, *i.e.*, by November 17, 2026** why this case should not be dismissed for failure to perfect service in accordance with the time limits set by Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

November 10, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge