# EXHIBIT 1

EXHIBIT
1

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Monday, January 26, 2026 16:04:39 EST
**To:** XXXX
**Subject:** Official USPTO Notification: U.S. Trademark Application SN 87399816 -- Docket/Reference No. T0055US.AP1

---

**U.S. Serial Number:** 87399816
**U.S. Registration Number:** 6059078
**U.S. Registration Date:** May 19, 2020
**Mark:** BEAVER'S
**Owner:** Buc-ee's, Ltd.

January 26, 2026

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
035

GUZMAN ESCALANTE, VANESSA I
TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.*****

To check the status of this registration, go to https://tsdr.uspto.gov/#caseNumber=87399816&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to https://tsdr.uspto.gov/#caseNumber=87399816&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

PTO- 1583
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 6059078 |
| **REGISTRATION DATE** | 05/19/2020 |
| **SERIAL NUMBER** | 87399816 |
| **MARK SECTION** | |
| **MARK** | BEAVER'S (see, mark) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | Linda M. Merritt |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | NORTON ROSE FULBRIGHT US LLP |
| **STREET** | 2200 ROSS AVENUE, SUITE 3600 |
| **CITY** | DALLAS |
| **STATE** | Texas |
| **POSTAL CODE** | 75201-7932 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 214-855-8000 |
| **FAX** | 214-855-8200 |
| **EMAIL** | doipdocket@nortonrosefulbright.com |
| **DOCKET/REFERENCE NUMBER** | T0055US.AP1 |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | Linda M. Merritt |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | NORTON ROSE FULBRIGHT US LLP |
| **STREET** | 2200 ROSS AVENUE, SUITE 3600 |
| **CITY** | DALLAS |
| **STATE** | Texas |
| **POSTAL CODE** | 75201-7932 |

| | |
|---|---|
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 214-855-8000 |
| **FAX** | 214-855-8200 |
| **EMAIL** | brandsNRFUS@nortonrosefulbright.com |
| **DOCKET/REFERENCE NUMBER** | T0055US.AP1 |
| **OTHER APPOINTED ATTORNEY** | All other attorneys with Norton Rose Fulbright US LLP |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Linda M. Merritt |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | doipdocket@nortonrosefulbright.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | chris.andersen@nortonrosefulbright.com |
| **DOCKET/REFERENCE NUMBER** | T0055US.AP1 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Linda M. Merritt |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | brandsNRFUS@nortonrosefulbright.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | stephanie.schmidt@nortonrosefulbright.com; anthony.olivas@nortonrosefulbright.com |
| **DOCKET/REFERENCE NUMBER** | T0055US.AP1 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 035 |
| **GOODS OR SERVICES** | Retail store services featuring convenience store items and gasoline |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\873\998\87399816\xml7 \ 8150002.jpg |
| **SPECIMEN DESCRIPTION** | Photograph of window decal applied to exterior of retail store |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **OWNER SECTION** | |
| **NAME** | Buc-ee's, Ltd. |
| **MAILING ADDRESS** | 327 FM 2004 Rd |
| **CITY** | Lake Jackson |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 77566 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | limited partnership |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Texas |

| | |
|---|---|
| **NAME OF ALL GENERAL PARTNERS, ACTIVE MEMBERS, INDIVIDUAL, TRUSTEES, OR EXECUTORS, AND CITIZENSHIP/ INCORPORATION** | Buc-ee's Management, LLC, a Texas limited liability company |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **COMBINED §§ 8 & 15 FILING FEE PER CLASS** | 575 |
| **TOTAL FEE PAID** | 575 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Kevin McNabb/ |
| **SIGNATORY'S NAME** | Kevin McNabb |
| **SIGNATORY'S POSITION** | Senior Director of Marketing, General Merchandise |
| **DATE SIGNED** | 10/13/2025 |
| **SIGNATORY'S PHONE NUMBER** | 214-855-8000 |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **PAYMENT METHOD** | CC |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Mon Oct 13 17:14:54 ET 2025 |
| **TEAS STAMP** | USPTO/S08N15-XXX.XX.XX.XX<br>X-20251013171455704320-60<br>59078-91053f823e76a1fc1ff<br>7ee6a562df02839c88a9737d1<br>ac08afe85ef5d089c0cc-CC-1<br>4547502-20251009225836176<br>619 |

PTO- 1583
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Combined Declaration of Use and Incontestability under Sections 8 & 15

## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 6059078
**REGISTRATION DATE:** 05/19/2020

**MARK:** BEAVER'S

The owner, Buc-ee's, Ltd., a limited partnership legally organized under the laws of Texas, comprising of Buc-ee's Management, LLC, a Texas limited liability company, having an address of

327 FM 2004 Rd
Lake Jackson, Texas 77566
United States
XXXX

is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 035, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Retail store services featuring convenience store items and gasoline; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Photograph of window decal applied to exterior of retail store.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided
The owner's/holder's current attorney information: Linda M. Merritt. Linda M. Merritt of NORTON ROSE FULBRIGHT US LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

2200 ROSS AVENUE, SUITE 3600
DALLAS, Texas 75201-7932
United States

The docket/reference number is T0055US.AP1.

The phone number is 214-855-8000.

The fax number is 214-855-8200.

The email address is doipdocket@nortonrosefulbright.com

Linda M. Merritt submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The owner's/holder's proposed attorney information: Linda M. Merritt. Other appointed attorneys are All other attorneys with Norton Rose Fulbright US LLP. Linda M. Merritt of NORTON ROSE FULBRIGHT US LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

2200 ROSS AVENUE, SUITE 3600

DALLAS, Texas 75201-7932
United States
The docket/reference number is T0055US.AP1.

The phone number is 214-855-8000.

The fax number is 214-855-8200.

The email address is brandsNRFUS@nortonrosefulbright.com

Linda M. Merritt submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current)**
Linda M. Merritt
PRIMARY EMAIL FOR CORRESPONDENCE: doipdocket@nortonrosefulbright.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): chris.andersen@nortonrosefulbright.com
The docket/reference number is T0055US.AP1.

**Correspondence Information (proposed)**
Linda M. Merritt
PRIMARY EMAIL FOR CORRESPONDENCE: brandsNRFUS@nortonrosefulbright.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): stephanie.schmidt@nortonrosefulbright.com; anthony.olivas@nortonrosefulbright.com
The docket/reference number is T0055US.AP1.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $575 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).
- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.
- ☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.
- ☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.
- ☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Kevin McNabb/ Date: 10/13/2025
Signatory's Name: Kevin McNabb
Signatory's Position: Senior Director of Marketing, General Merchandise
Signatory's Phone: 214-855-8000
Signature method: Sent to third party for signature

Mailing Address **(current):**
NORTON ROSE FULBRIGHT US LLP
2200 ROSS AVENUE, SUITE 3600
DALLAS, Texas 75201-7932

Mailing Address **(proposed):**
NORTON ROSE FULBRIGHT US LLP
2200 ROSS AVENUE, SUITE 3600
DALLAS, Texas 75201-7932

Serial Number: 87399816
Internet Transmission Date: Mon Oct 13 17:14:54 ET 2025
TEAS Stamp: USPTO/S08N15-XXX.XX.XX.XXX-2025101317145
5704320-6059078-91053f823e76a1fc1ff7ee6a
562df02839c88a9737d1ac08afe85ef5d089c0cc
-CC-14547502-20251009225836176619


Welcome to the
Beaver's®
Store


Welcome to the
Beaver's®
Store

# United States of America

## United States Patent and Trademark Office

# BEAVER'S

**Reg. No. 6,059,078**

**Registered May 19, 2020**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Buc-ee's, Ltd. (TEXAS LIMITED PARTNERSHIP)
327 Fm 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 35: Retail store services featuring convenience store items and gasoline

FIRST USE 12-17-2019; IN COMMERCE 12-17-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-399,816, FILED 04-05-2017

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

---

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87399816 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **EXTENSION OF USE** | YES |
| **MARK SECTION** | |
| **MARK** | mark |
| **LITERAL ELEMENT** | BEAVER'S |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| **NAME** | Buc-ee's, Ltd. |
| **MAILING ADDRESS** | 327 FM 2004 Rd |
| **CITY** | Lake Jackson |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 77566 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | Buc-ee's, Ltd. |
| **MAILING ADDRESS** | 327 FM 2004 Rd |
| **CITY** | Lake Jackson |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 77566 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | LINDA M. MERRITT |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | doipdocket@nortonrosefulbright.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | chris.andersen@nortonrosefulbright.com |

| | |
|---|---|
| DOCKET/REFERENCE NUMBER | T0055US.AP1 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | Linda M. Merritt |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | doipdocket@nortonrosefulbright.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | chris.andersen@nortonrosefulbright.com |
| DOCKET/REFERENCE NUMBER | T0055US.AP1 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 035 |
| CURRENT IDENTIFICATION | Retail store services featuring convenience store items and gasoline |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 12/17/2019 |
| FIRST USE IN COMMERCE DATE | 12/17/2019 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-3811313542-202003201 50602339106_._1000344474. 35.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\873\998\87399816\xml2\ SOU0002.JPG |
| SPECIMEN DESCRIPTION | Photograph of window decal applied to exterior of retail store |
| REQUEST TO DIVIDE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES IN USE | 1 |
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Trent Menning/ |
| SIGNATORY'S NAME | Trent Menning |
| SIGNATORY'S POSITION | Senior Counsel |
| DATE SIGNED | 03/24/2020 |
| SIGNATORY'S PHONE NUMBER | 215-855-8000 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Mar 24 16:48:28 ET 2020 |
| TEAS STAMP | USPTO/SOU-XX.XXX.XXX.XX-2 0200324164828087472-87399 816-7104a3a53666f73334768 e397b827b7d3cdec6cefe6844 e866315fdf511a385770-CC-4 8267773-20200324155700816 303 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** BEAVER'S(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87399816/large)
**SERIAL NUMBER:** 87399816
An Extension of Time form is being filed with the Allegation of Use.

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** Buc-ee's, Ltd., having an address of
327 FM 2004 Rd
Lake Jackson, Texas 77566
United States
**Proposed:** Buc-ee's, Ltd., having an address of
327 FM 2004 Rd
Lake Jackson, Texas 77566
United States
Phone:
Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 035:
Current identification: Retail store services featuring convenience store items and gasoline

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 12/17/2019, and first used in commerce at least as early as 12/17/2019, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Photograph of window decal applied to exterior of retail store.

**Original PDF file:**
SPN0-3811313542-202003201 50602339106_._1000344474. 35.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current):**
LINDA M. MERRITT
PRIMARY EMAIL FOR CORRESPONDENCE: doipdocket@nortonrosefulbright.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): chris.andersen@nortonrosefulbright.com

The docket/reference number is T0055US.AP1.

**Correspondence Information (proposed):**
Linda M. Merritt
PRIMARY EMAIL FOR CORRESPONDENCE: doipdocket@nortonrosefulbright.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): chris.andersen@nortonrosefulbright.com

The docket/reference number is T0055US.AP1.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

## Declaration

- ☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
  **For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
  **For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
  **For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.
- ☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.
- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Trent Menning/ Date Signed: 03/24/2020
Signatory's Name: Trent Menning
Signatory's Position: Senior Counsel
Signatory's Phone: 215-855-8000

RAM Sale Number: 87399816
RAM Accounting Date: 03/24/2020

Serial Number: 87399816
Internet Transmission Date: Tue Mar 24 16:48:28 ET 2020
TEAS Stamp: USPTO/SOU-XX.XXX.XXX.XX-2020032416482808
7472-87399816-7104a3a53666f73334768e397b
827b7d3cdec6cefe6844e866315fdf511a385770
-CC-48267773-20200324155700816303


Welcome to the
Beaver's
Store

# FEE RECORD SHEET

**Serial Number:** 87399816

**RAM Sale Number: 87399816**

**Total Fees:** $100

**RAM Accounting Date: 20200324**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20200324 | $100 | 1 | $100 |

**Transaction Date:** 20200324

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1581 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Request for Extension of Time to File a Statement of Use
# (15 U.S.C. Section 1051(d))

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87399816 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **MARK SECTION** | |
| **MARK** | BEAVER'S (see, https://tmng-al.uspto.gov/resting2/api/img/87399816/large) |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | BEAVER'S |
| **OWNER SECTION** | |
| **NAME** | Buc-ee's, Ltd. |
| **STREET** | 327 FM 2004 Rd |
| **CITY** | Lake Jackson |
| **STATE** | Texas |
| **ZIP/POSTAL CODE** | 77566 |
| **COUNTRY** | United States |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Linda M. Merritt |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | NORTON ROSE FULBRIGHT US LLP |
| **STREET** | 2200 ROSS AVENUE, SUITE 3600 |
| **CITY** | DALLAS |
| **STATE** | Texas |
| **POSTAL CODE** | 75201-7932 |
| **COUNTRY** | United States |
| **PHONE** | 214-855-8000 |
| **FAX** | 214-855-8200 |
| **EMAIL** | doipdocket@nortonrosefulbright.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T0055US.AP1 |

| | |
|---|---|
| **ATTORNEY SECTION (proposed)** | |
| **NAME** | Linda M. Merritt |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | NORTON ROSE FULBRIGHT US LLP |
| **STREET** | 2200 ROSS AVENUE, SUITE 3600 |
| **CITY** | DALLAS |
| **STATE** | Texas |
| **POSTAL CODE** | 75201-7932 |
| **COUNTRY** | United States |
| **PHONE** | 214-855-8000 |
| **FAX** | 214-855-8200 |
| **EMAIL** | doipdocket@nortonrosefulbright.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T0055US.AP1 |
| **OTHER APPOINTED ATTORNEY** | Chandler Stephens and all other attorneys with Norton Rose Fulbright US LLP |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | LINDA M. MERRITT |
| **FIRM NAME** | NORTON ROSE FULBRIGHT US LLP |
| **STREET** | 2200 ROSS AVENUE, SUITE 3600 |
| **CITY** | DALLAS |
| **STATE** | Texas |
| **POSTAL CODE** | 75201-7932 |
| **COUNTRY** | United States |
| **PHONE** | 214-855-8000 |
| **FAX** | 214-855-8200 |
| **EMAIL** | doipdocket@nortonrosefulbright.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T0055US.AP1 |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | LINDA M. MERRITT |
| **FIRM NAME** | NORTON ROSE FULBRIGHT US LLP |
| **STREET** | 2200 ROSS AVENUE, SUITE 3600 |
| **CITY** | DALLAS |
| **STATE** | Texas |
| **POSTAL CODE** | 75201-7932 |

| | |
|---|---|
| **COUNTRY** | United States |
| **PHONE** | 214-855-8000 |
| **FAX** | 214-855-8200 |
| **EMAIL** | doipdocket@nortonrosefulbright.com; chris.andersen@nortonrosefulbright.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | T0055US.AP1 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 035 |
| **CURRENT IDENTIFICATION** | Retail store services featuring convenience store items and gasoline |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **EXTENSION SECTION** | |
| **EXTENSION NUMBER** | 4 |
| **ONGOING EFFORT** | product or service research or development |
| **ALLOWANCE MAIL DATE** | 10/03/2017 |
| **STATEMENT OF USE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **SUBTOTAL AMOUNT [EXTENSION FEE]** | 125 |
| **TOTAL AMOUNT** | 125 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Trent Menning/ |
| **SIGNATORY'S NAME** | Trent Menning |
| **SIGNATORY'S POSITION** | Senior Counsel |
| **DATE SIGNED** | 09/24/2019 |
| **SIGNATORY'S PHONE NUMBER** | 214-855-8000 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Thu Sep 26 11:53:17 EDT 2019 |
| **TEAS STAMP** | USPTO/ESU-XX.XXX.XXX.XX-2 0190926115317099114-87399 816-61033eb9b6df5ec91298a f564da8627f53352461615fc5 80357db5fee475e7223c-CC-5 3153468-20190923144936938 182 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1581 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# SOU Extension Request
# (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** BEAVER'S (see, https://tmng-al.uspto.gov/resting2/api/img/87399816/large)
**SERIAL NUMBER:** 87399816

The applicant, Buc-ee's, Ltd., having an address of
327 FM 2004 Rd
Lake Jackson, Texas 77566
United States
requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application. The Notice of Allowance mailing date was 10/03/2017.

For International Class 035:
Current identification: Retail store services featuring convenience store items and gasoline

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

This is the fourth extension request. The applicant has made the following ongoing efforts to use the mark in commerce on or in connection with each of those goods/services covered by the extension request: product or service research or development

The applicant's current attorney information: Linda M. Merritt. Linda M. Merritt of NORTON ROSE FULBRIGHT US LLP, is located at

2200 ROSS AVENUE, SUITE 3600
DALLAS, Texas 75201-7932
United States
The docket/reference number is T0055US.AP1.

The phone number is 214-855-8000.

The fax number is 214-855-8200.

The email address is doipdocket@nortonrosefulbright.com

The applicants proposed attorney information: Linda M. Merritt. Other appointed attorneys are Chandler Stephens and all other attorneys with Norton Rose Fulbright US LLP. Linda M. Merritt of NORTON ROSE FULBRIGHT US LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

2200 ROSS AVENUE, SUITE 3600
DALLAS, Texas 75201-7932
United States
The docket/reference number is T0055US.AP1.

The phone number is 214-855-8000.

The fax number is 214-855-8200.

The email address is doipdocket@nortonrosefulbright.com

Linda M. Merritt submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current correspondence information: LINDA M. MERRITT. LINDA M. MERRITT of NORTON ROSE FULBRIGHT US LLP, is located at

2200 ROSS AVENUE, SUITE 3600
DALLAS, Texas 75201-7932
United States
The docket/reference number is T0055US.AP1.

The phone number is 214-855-8000.

The fax number is 214-855-8200.

The email address is doipdocket@nortonrosefulbright.com

The applicants proposed correspondence information: LINDA M. MERRITT. LINDA M. MERRITT of NORTON ROSE FULBRIGHT US LLP, is located at

2200 ROSS AVENUE, SUITE 3600
DALLAS, Texas 75201-7932
United States
The docket/reference number is T0055US.AP1.

The phone number is 214-855-8000.

The fax number is 214-855-8200.

The email address is doipdocket@nortonrosefulbright.com; chris.andersen@nortonrosefulbright.com

A fee payment in the amount of $125 will be submitted with the form, representing payment for 1 class.

**Declaration**

STATEMENTS: The signatory believes that: the applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all the goods/services under Section 1(b) in the notice of allowance or as subsequently modified, or, if applicable, the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with all the goods/services/collective membership organization under Section 1(b) in the notice of allowance or as subsequently modified; and that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, members and concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any resulting registration, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Trent Menning/ Date Signed: 09/24/2019
Signatory's Name: Trent Menning
Signatory's Position: Senior Counsel
Signatory's Phone: 214-855-8000

Mailing Address:
NORTON ROSE FULBRIGHT US LLP

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87399816**
**Filing Date: 04/05/2017**

---

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87399816 |
| **MARK INFORMATION** | |
| ***MARK** | BEAVER'S |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | BEAVER'S |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Buc-ee's, Ltd. |
| ***STREET** | 327 FM 2004 Rd |
| ***CITY** | Lake Jackson |
| ***STATE** (Required for U.S. applicants) | Texas |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 77566 |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited partnership |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Texas |
| **NAME(S) OF GENERAL PARTNER(S) & CITIZENSHIP/INCORPORATION** | Buc-ee's Management, LLC, a Texas limited liability company |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 035 |
| ***IDENTIFICATION** | Retail store services featuring convenience store items and gasoline |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Linda M. Merritt |
| **ATTORNEY DOCKET NUMBER** | T0055US.AP1 |
| **FIRM NAME** | Norton Rose Fulbright US LLP |

| | |
|---|---|
| **STREET** | 2200 Ross Avenue, Suite 3600 |
| **CITY** | Dallas |
| **STATE** | Texas |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 75201-7932 |
| **PHONE** | 214-855-8000 |
| **FAX** | 214-855-8200 |
| **EMAIL ADDRESS** | doipdocket@nortonrosefulbright.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | All other attorneys with Norton Rose Fulbright US LLP |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Linda M. Merritt |
| **FIRM NAME** | Norton Rose Fulbright US LLP |
| **STREET** | 2200 Ross Avenue, Suite 3600 |
| **CITY** | Dallas |
| **STATE** | Texas |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 75201-7932 |
| **PHONE** | 214-855-8000 |
| **FAX** | 214-855-8200 |
| ***EMAIL ADDRESS** | doipdocket@nortonrosefulbright.com; chris.andersen@nortonrosefulbright.com |
| ***AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS RF |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 275 |
| ***TOTAL FEE DUE** | 275 |
| ***TOTAL FEE PAID** | 275 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Jeff F. Nadalo/ |
| **SIGNATORY'S NAME** | Jeff Nadalo |
| **SIGNATORY'S POSITION** | General Counsel |
| **SIGNATORY'S PHONE NUMBER** | 214-855-8000 |
| **DATE SIGNED** | 04/05/2017 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87399816**
**Filing Date: 04/05/2017**

## To the Commissioner for Trademarks:

**MARK:** BEAVER'S (Standard Characters, see mark)
The literal element of the mark consists of BEAVER'S.
The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Buc-ee's, Ltd., a limited partnership legally organized under the laws of Texas, comprising of Buc-ee's Management, LLC, a Texas limited liability company, having an address of
327 FM 2004 Rd
Lake Jackson, Texas 77566
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 035: Retail store services featuring convenience store items and gasoline
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Attorney Information:
Linda M. Merritt and All other attorneys with Norton Rose Fulbright US LLP of Norton Rose Fulbright US LLP 2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
United States
214-855-8000(phone)
214-855-8200(fax)
doipdocket@nortonrosefulbright.com (authorized)
The attorney docket/reference number is T0055US.AP1.
The applicant's current Correspondence Information:
Linda M. Merritt
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
214-855-8000(phone)
214-855-8200(fax)
doipdocket@nortonrosefulbright.com;chris.andersen@nortonrosefulbright.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

☑ **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;

- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- The facts set forth in the application are true.

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- The facts set forth in the application are true.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Jeff F. Nadalo/ Date: 04/05/2017
Signatory's Name: Jeff Nadalo
Signatory's Position: General Counsel
Payment Sale Number: 87399816
Payment Accounting Date: 04/06/2017

Serial Number: 87399816
Internet Transmission Date: Wed Apr 05 17:52:14 EDT 2017
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2017040517521436
8709-87399816-580cb78c192de53507c956fb95
d819a8c87f63b342f2a54c81a2589df4d425a6-C
C-4500-20170405155733384462