# EXHIBIT 2

Beavercreek

**EXHIBIT 2**

Sign Up or Log In

## Permanent Sign-Commercial

Planning and Development

Record Number C-19-092 Closed

Current Fees

$0.00

Additional fees may be required

### Project Information

**Location**

1592 Hanes Rd

Dayton, OH 45434

Parcel

B42000500110011200




Esri Community Maps Contributors, Greene County GIS, Ohio Rail D... Powered by Esri

| | |
|---|---|
| Created | - - |
| Submitted | 4/26/2019 |
| Approved | 4/29/2019 |
| Issued | 4/29/2019 |
| Closed | 10/18/2019 |
| Application Expires | **10/26/2019** |

### Contacts

| Contact | Role |
|---|---|
| JAMES MCINTOSH REFRIGERATION LLC<br>Email not on record<br>Phone number not on record | Submitter of the Application |
| SALEM AVE PROPERTY LLC<br>Email not on record<br>Phone number not on record | Owner of Record |

Return

PUBLIC INFORMATION

Business Name

BEAVER'S MINI MART

Development/Shopping Center

Company Installing Sign

MCINTOSH REFRIGERAT

Company's Phone Number

937-270-5032

Name of Contact Person

JAMIE MCINTOSH

Contact Phone Number

937-320-5032

Sign Face Information

Single Faced

Sign Size (ft x ft)

3ft x 3ft

Total area per side (Sq.ft.)

18

Total area (Sq.ft.)

18

Sign Type

Check all that apply

Awning

N

Blade

N

Canopy

← Return

PUBLIC INFORMATION

N

Electric Copy

N

Flush Mounted

Y

Ground

N

Pylon

N

Under Marquee

N

Sign Classification

Panel Change-Wall

Sign Construction

Check all that apply

LED

Y

Metal

Y

Neon

N

Plastic

Y

Wood

N

Other

N

If other, please describe

← Return

PUBLIC INFORMATION

Ground Signs Only: Sign height from ground level to top of sign (ft)

Ground Signs Only: Setback from right-of-way (ft.)

Ground Signs Only: Lot width (ft.)

Wall Signs Only: Building or store frontage (ft.)

56

I hereby certify that I am the property owner, or am authorized to act as the owner's agent in obtaining this permit. I further certify that all of the information and attachments submitted with this application are true and correct to the best of my knowledge and that the property owner is responsible for locating and verifying all property lines and boundaries. (Please type full name to acknowledge)

SIGNED APPLICATION

I understand that if this information is incorrect or incomplete, any permit issued may be invalid and the property owner may be required to remove this structure at his/her own expense. I hereby consent to the inspection of the subject property and of any buildings or structures relevant to this application. Any deviation from the approved plans will require submission and approval of the revised plans. (Please type full name to acknowledge)

SIGNED APPLICATION

## Submittals

At least 1 file must be uploaded for each submittal requirement

To view and/or upload files, click on the File hyperlink to the right of the Status column.

* *Required for Application*
*Required before application can be closed*

Pending In Review Approved Deficient Cancelled

| Submittal Name | Received | Version | Status |
|---|---|---|---|
| **Submitted Application** | **4/26/2019** | **1** | Approved |

**Current version (v1)**

| Submitted File | Received | Review Status | Markup File |
|---|---|---|---|
| c19-92.pdf | 4/29/2019 | Approved | |

| Submittal Name | Received | Version | Status |
|---|---|---|---|
| **Sign Sketch: Drawing, sketch or photo of sign indicating all sign dimensions** * | **4/26/2019** | **1** | Approved |

Return

PUBLIC INFORMATION

| Submittal Name | Received | Version | Status |
|---|---|---|---|

| Submitted File | Received | Review Status | Markup File |
|---|---|---|---|
| c19-92el.pdf | 4/29/2019 | Approved | |

## Parcels

Parcel(s) associated with your permit.

| Parcel Number | Primary Owner | Primary Address |
|---|---|---|
| B42000500110011200 | SALEM AVE PROPERTY LLC | 1592 HANES RD DAYTON, OH 45434 |

## Conditions

| |
|---|
| The permit will expire six months from the date of approval. |
| A Greene County building permit is required after you receive a sign permit, not including temporary signs. |

## Inspections

**There is 1 required inspection for this application**

Please note that a zoning inspection is required before construction begins. We request that you call our office or use the Permit Center to schedule the inspection. The location must be staked or marked for the inspection to be completed.

| Inspection | Date | Status |
|---|---|---|
| **Zoning Inspection** | 10/18/2019 | Passed |

## Approval Steps

**Follow the approval process**

Follow your application through the approval process.

| Step | Status | Date |
|---|---|---|
| Intake Review | Completed | 4/29/2019 |
| Planning & Development Review | Approved | 4/29/2019 |

Return

PUBLIC INFORMATION

← Return

PUBLIC INFORMATION