# EXHIBIT 3


B42000500110011200 05/29/2018

Parcel: B42-0005-0011-0-0112-00
KRAIG HAGLER
Greene County Auditor, Greene County, Ohio

EXHIBIT
3

## 2025 PROPERTY

| | | | |
|---|---|---|---|
| **Deeded Name** | SALEM AVE PROPERTY LLC | | |
| **Owner** | SALEM AVE PROPERTY LLC<br>1592 HANES RD<br>BEAVERCREEK OH 45434 | **Taxpayer** | SALEM AVE PROPERTY LLC<br>1592 HANES RD<br>BEAVERCREEK OH 45434 |
| **Tax District** | B42-BEAVERCREEK CITY | **Land Use** | 420-SMALL (UNDER 10,000 SQ. FT.) DETACHED RETAIL STORES |
| **School District** | 2901-BEAVERCREEK CSD | **Class** | Commercial |
| | | **Subdivision** | HANES J W PLAT 2 REPLAT LOT 18 |
| **Neighborhood** | 00371000-B42 | | |
| **Location** | 1592 HANES RD<br>DAYTON OH 45434 | **Legal** | JONATHAN W HANES 2 PT LOT 19 160X174.40 NW COR HANES RD |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CD Year** | | **Acres** | 0.6389 | **Living Area** | 0 | **Map / Routing Number** | 0011-00/016-00 |
| **Sold** | 10/04/2017 | **Sales Amount** | 95,000 | **Volume / Page** | / | **Survey Reference** | |

## 2025 VALUES

| | |
|---|---|
| **District** | B42-BEAVERCREEK CITY |
| **Land Use** | 420-SMALL (UNDER 10,000 SQ. FT.) DETACHED RETAIL STORES |
| **Enrolled Programs** | |

| Type | Appraised | Assessed | ICC Qualifying |
|---|---|---|---|
| Land | 60,480 | 21,170 | 21,170 |
| Improvement | 80,610 | 28,210 | 28,210 |
| Total | 141,090 | 49,380 | 49,380 |
| CAUV | 0 | 0 | -- |
| Homestead | 0 | 0 | -- |
| Owner Occupancy | 0 | 0 | -- |
| Taxable | 141,090 | 49,380 | 49,380 |

## 2025 CURRENT CHARGES

| | |
|---|---|
| **Full Rate** | 101.780000 |
| **Effective Rate** | 80.571612 |
| **Qualifying Rate** | 56.784571 |
| **NBC Factor** | 0.070477 |
| **OOC Factor** | 0.017619 |
| **ICC Factor** | -- |

| Type | Prior | First | Second | Total |
|---|---|---|---|---|
| Tax | $0.00 | $1,989.33 | $1,989.33 | $3,978.66 |
| Special | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $1,989.33 | $1,989.33 | $3,978.66 |
| Paid | $0.00 | $1,989.33 | $1,989.33 | $3,978.66 |
| Due | $0.00 | $0.00 | $0.00 | $0.00 |

## TRANSFER HISTORY

| Date | Buyer / Seller | Deed Type / Volume / Page | Sales Amount / Conveyance # | Valid / Exempt | # of Properties |
|---|---|---|---|---|---|
| 10/04/2017 | Buyer: SALEM AVE PROPERTY LLC<br>Seller: BARNES MARY ANN | NONE | 95,000.00<br>4481 | N | 1 |
| 09/07/2017 | Buyer: BARNES MARY ANN<br>Seller: BARNES MICHAEL J & MARYANN | NONE | 0.00<br>4016 | N | 1 |
| 02/10/1995 | Buyer: BARNES MICHAEL J & MARYANN<br>Seller: METVAN CIRCLE K ASSOCIATES | NONE | 75,000.00<br>448 | Y | 1 |
| 05/01/1986 | Buyer: METVAN CIRCLE K ASSOCIATES<br>Seller: NOT ON FILE | NONE | 244,500.00 | N | 1 |

## VALUE HISTORY

**B42-BEAVERCREEK CITY** — 420-SMALL (UNDER 10,000 SQ. FT.) DETACHED RETAIL STORES

| Tax Year | Land | Improvement | Total |
|---|---|---|---|
| 2026 | 60,480 | 92,060 | 152,540 |
| 2025 | 60,480 | 80,610 | 141,090 |
| 2023 | 60,480 | 80,610 | 141,090 |
| 2020 | 60,480 | 75,930 | 136,410 |
| 2018 | 54,000 | 74,360 | 128,360 |
| 2017 | 54,000 | 39,170 | 93,170 |
| 2014 | 54,000 | 37,890 | 91,890 |

**B42-BEAVERCREEK CITY** — 429-OTHER RETAIL STRUCTURES

| Tax Year | Land | Improvement | Total |
|---|---|---|---|
| 2008 | 45,900 | 38,380 | 84,280 |
| 2005 | 45,900 | 34,520 | 80,420 |
| 2002 | 45,900 | 32,010 | 77,910 |
| 1999 | 43,200 | 33,470 | 76,670 |
| 1996 | 43,200 | 35,180 | 78,380 |

## LAND

| Type | Dimensions | Description | Value |
|---|---|---|---|
| A9-RIGHT OF WAY | 0.1430 | Acres | 0 |
| S1-PRIMARY | 21600.0000 | Square Feet | 60,480 |

## IMPROVEMENTS

| Card | Type | Dimensions | Description | Size | Year Built/Rem | Value |
|---|---|---|---|---|---|---|
| 1 | PC1-PAVING CONCRETE AVERAGE | | Width x Length (Optional) | 12,000 | 2017/0 | 38,880 |

## DWELLINGS

## BUILDINGS

| Card | Name | Year Built | Year Remodeled | Condition | Gross Area | Value |
|---|---|---|---|---|---|---|
| 1 | | 1961 | | AV-AVERAGE | 0 | 41,730 |



B42000500110011200 05/29/2018

Parcel: B42-0005-0011-0-0112-00
KRAIG HAGLER
Greene County Auditor, Greene County, Ohio

SKETCH

**Card** 1




| ID | Description | Size |
|---|---|---|
| A | 1SMAS & FR | 1,808 |
| B | CP6 | 392 |
| 2 | PC1-PAVING CONCRETE AVERAGE | 12,000 |

PAYMENT HISTORY

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 08/07/2026 | $1,989.33 | 02/13/2023 | $4,049.10 | 06/28/2018 | $1,266.26 | 02/19/2016 | $1,989.33 |
| 02/12/2026 | $1,989.33 | 02/08/2022 | $3,977.04 | 02/22/2018 | $1,266.26 | 07/24/2015 | $1,989.33 |
| 07/14/2025 | $1,869.04 | 01/28/2021 | $4,003.24 | 07/21/2017 | $1,269.82 | 02/20/2015 | $1,869.04 |
| 03/04/2025 | $2,164.15 | 02/18/2020 | $3,989.16 | 02/24/2017 | $1,269.82 | 07/17/2014 | $2,164.15 |
| 02/23/2024 | $3,937.44 | 01/30/2019 | $3,572.54 | 07/22/2016 | $1,269.23 | 02/21/2014 | $3,937.44 |



B42000500110011200 05/29/2018

Parcel: B42-0005-0011-0-0112-00
KRAIG HAGLER
Greene County Auditor, Greene County, Ohio

DISTRIBUTION

| Political Subdivision | Levy Name | Levy Year | Tax Rate | Effective Rate | Amount |
|---|---|---|---|---|---|
| **County** | | | | | |
| GREENE COUNTY | GENERAL FUND | - | 2.000000 | 2.000000 | $98.76 |
| GREENE COUNTY | MENTAL HEALTH | 1999 | 1.500000 | 1.139676 | $56.28 |
| GREENE COUNTY | DEVELOPMENTAL DISABILITIES | 2004 | 3.500000 | 2.947301 | $145.54 |
| GREENE COUNTY | LIBRARY DISTRICT | 2005 | 1.000000 | 0.842086 | $41.58 |
| GREENE COUNTY | ROAD IMPROVEMENT | 2006 | 0.250000 | 0.213527 | $10.54 |
| GREENE COUNTY | CHILDREN SERVICES | 2009 | 1.500000 | 1.281165 | $63.28 |
| GREENE COUNTY | COUNCIL ON AGING | 2009 | 1.000000 | 0.854110 | $42.18 |
| GREENE COUNTY | COUNCIL ON AGING | 2014 | 0.400000 | 0.341644 | $16.88 |
| GREENE COUNTY | LIBRARY DISTRICT | 2015 | 0.900000 | 0.768699 | $37.96 |
| GREENE COUNTY | PARK | 2015 | 0.900000 | 0.768699 | $37.96 |
| GREENE COUNTY | LIBRARY DISTRICT | 2025 | 1.000000 | 1.000000 | $49.38 |
| | | | | Total | $600.34 |
| **School** | | | | | |
| BEAVERCREEK CSD | GENERAL FUND | - | 4.600000 | 4.600000 | $227.14 |
| BEAVERCREEK CSD | PERMANENT IMPROVEMENT | - | 1.000000 | 1.000000 | $49.38 |
| BEAVERCREEK CSD | CURRENT EXPENSE | 1976 | 22.200000 | 13.190307 | $651.34 |
| BEAVERCREEK CSD | CURRENT EXPENSE | 1982 | 4.000000 | 2.458756 | $121.42 |
| BEAVERCREEK CSD | BOND ($84,000,000) | 2008 | 2.750000 | 2.750000 | $135.80 |
| BEAVERCREEK CSD | EMERGENCY ($18,517,600) | 2011 | 6.730000 | 6.730000 | $332.32 |
| BEAVERCREEK CSD | SUBSTITUTE (RC.5705.199) | 2018 | 4.140000 | 4.140000 | $204.44 |
| BEAVERCREEK CSD | SUBSTITUTE (RC 5705.199) | 2019 | 4.160000 | 4.160000 | $205.42 |
| BEAVERCREEK CSD | PERMANENT IMPROVEMENT | 2023 | 1.000000 | 0.934203 | $46.14 |
| | | | | Total | $1,973.40 |
| **JVS** | | | | | |
| GREENE COUNTY JVSD | CURRENT EXPENSE | 1976 | 0.600000 | 0.446898 | $22.06 |
| GREENE COUNTY JVSD | CURRENT EXPENSE | 1976 | 0.600000 | 0.446898 | $22.06 |
| GREENE COUNTY JVSD | CURRENT EXPENSE | 1980 | 1.500000 | 1.124803 | $55.56 |
| GREENE COUNTY JVSD | PERMANENT IMPROVEMENT | 1997 | 0.750000 | 0.568180 | $28.06 |
| GREENE COUNTY JVSD | BOND (62,000,000) | 2018 | 0.650000 | 0.650000 | $32.10 |
| | | | | Total | $159.84 |
| **Township** | | | | | |
| BEAVERCREEK TWP | GENERAL FUND | - | 0.500000 | 0.500000 | $24.70 |
| BEAVERCREEK TWP EXC FAIR INC BEAVER | FIRE | 1977 | 1.000000 | 0.192834 | $9.52 |
| BEAVERCREEK TWP EXC FAIR INC BEAVER | FIRE & E.M.S. | 2005 | 2.750000 | 2.179721 | $107.64 |
| BEAVERCREEK TWP EXC FAIR INC BEAVER | FIRE & E.M.S | 2009 | 2.000000 | 1.682456 | $83.08 |
| BEAVERCREEK TWP EXC FAIR INC BEAVER | FIRE | 2019 | 3.500000 | 3.164581 | $156.28 |
| | | | | Total | $381.22 |
| **Corporation** | | | | | |
| BEAVERCREEK CITY | GENERAL FUND | - | 1.100000 | 1.100000 | $54.32 |
| BEAVERCREEK CITY | POLICE PENSION | - | 0.300000 | 0.300000 | $14.82 |
| BEAVERCREEK CITY | POLICE | 1981 | 0.900000 | 0.187310 | $9.24 |
| BEAVERCREEK CITY | POLICE | 1983 | 3.000000 | 0.766542 | $37.86 |
| BEAVERCREEK CITY | POLICE | 1985 | 1.200000 | 0.401403 | $19.82 |
| BEAVERCREEK CITY | ROAD IMPROVEMENT | 2008 | 1.000000 | 0.832423 | $41.10 |
| BEAVERCREEK CITY | POLICE | 2011 | 3.700000 | 3.150997 | $155.60 |
| BEAVERCREEK CITY | STREET CONSTRUCTION | 2011 | 2.600000 | 2.214214 | $109.32 |
| BEAVERCREEK CITY | PARKS & RECREATION | 2014 | 0.900000 | 0.766458 | $37.84 |
| BEAVERCREEK CITY | POLICE | 2014 | 0.800000 | 0.681296 | $33.64 |
| BEAVERCREEK CITY | STREET CONSTRUCTION | 2014 | 2.000000 | 1.703242 | $84.10 |
| BEAVERCREEK CITY | STREET CONSTRUCTION | 2016 | 0.800000 | 0.723299 | $35.72 |
| BEAVERCREEK CITY | PARKS & RECREATION | 2019 | 0.300000 | 0.271237 | $13.40 |
| BEAVERCREEK CITY | STREET | 2022 | 2.150000 | 1.996702 | $98.60 |
| BEAVERCREEK CITY | POLICE | 2023 | 1.800000 | 1.671658 | $82.54 |
| | | | | Total | $827.92 |
| **Misc** | | | | | |
| BEAVERCREEK TWP PARK DISTRICT | PARKS & RECREATION | 2017 | 0.050000 | 0.045323 | $2.22 |
| GENERAL HEALTH DISTRICT | CURRENT EXPENSE | 2011 | 0.800000 | 0.682964 | $33.72 |
| | | | | Total | $35.94 |