**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| BUC-EE'S LTD., | : | Case No. 3:26-cv-00272 |
| Plaintiff, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| HANES ROAD CARRYOUT, INC., | : | |
| Defendant. | : | |

# ORDER TRANSFERRING REFERENCE

This case is hereby ordered to be transferred from Magistrate Judge Caroline H. Gentry to Magistrate Judge Peter B. Silvain, Jr.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge