UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BUC-EE'S, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>HANES ROAD CARRYOUT, INC.,<br>Defendant. | CIVIL ACTION NO. 3:26-cv-00272-MJN-PBS |

**DECLARATION OF CHRISTINA J. MOSER IN SUPPORT OF BUC-EE'S RESPONSE TO SHOW CAUSE ORDER**

I, Christina J. Moser, duly swear and depose that:

1. I am over 18 years of age and have personal knowledge of the matters attested to herein. I am competent to testify regarding the matters and if called I would testify as stated herein.

2. I am a partner at Baker & Hostetler LLP ("BakerHostetler") and am lead counsel representing Defendant Buc-ee's, Ltd. ("Buc-ee's") in this case. As such, I am fully familiar with the facts and circumstances set forth herein.

3. Following Buc-ee's July 28, 2026 filing of the above-captioned action against Defendant Hanes Road Carryout, Inc. ("Defendant"), Defendant made a number of public allegations regarding Defendant's marks that prompted further investigation by Buc-ee's.

4. During this time, the parties also engaged in discussions to ascertain whether an amicable resolution could be met.

5. Based on Defendant's prior offer to accept service, Buc-ee's forwarded a waiver of summons to Defendant on October 21, 2026. Though Buc-ee's could have served Defendant via process server that day, because the parties have been discussing settlement, Buc-ee's chose to

work with Defendant to waive service, thereby giving Defendant additional time before its responsive pleading deadline.

6. On October 26, 2026, Defendant's counsel responded and informed counsel for Buc-ee's that the exhibits to the Amended Complaint had been filed incorrectly.

7. After consulting with the Clerk's office on the best way to correct the filing, on November 3, 2026, Buc-ee's filed a Second Amended Complaint containing corrected exhibits (ECF 7), and sought waiver of service the next day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Christina J. Moser